# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MITCHELL D. HAWK,** | ) NO. CV 16-2821-KS |
| **Plaintiff,** | ) |
| v. | ) **ORDER AWARDING EAJA FEES** |
| **NANCY A. BERRYHILL, Acting Commissioner of Social Security** | ) |
| **Defendant.** | ) |

Based upon the Stipulation for the Award and Payment of Attorney Fees and Costs Pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 1920, 2412(d) ("Stipulation"), which was filed on June 2, 2017, IT IS ORDERED that fees in the amount of $2,170.00 as authorized by 28 U.S.C. § 2412(d) shall be awarded, subject to terms of the Stipulation.

DATED: June 5, 2017

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1